IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIAN KEITH McGILL )<br>    ID# 1307919 )<br>        Petitioner, )<br>vs. )<br>    )<br>RICK THALER, Director, )<br>Texas Department of Criminal )<br>Justice, Correctional Institutions )<br>Division, )<br>        Respondent. ) | No. 3:10-CV-2270-K |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Petitioner's Objections filed on November 29, 2010, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Petitioner's Objections filed on November 29, 2010 are **OVERRULED.**

SO ORDERED.

SIGNED this 8th day of December, 2010.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE